UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-cv-81710-AMC

JASON CANO, individually and
on behalf of all others similarly situated,

   *Plaintiff*,

    v.

AMERICAN FINANCIAL SECURITY
LIFE INSURANCE CO., a Missouri
corporation,

   *Defendant*.
_____/

## JOINT NOTICE OF SETTLEMENT

  The Parties hereby advise the Court that they have reached an agreement in principle to settle and dismiss the instant case, and jointly seek 30-days to effectuate the settlement and file appropriate dismissal papers.

  Respectfully Submitted this 17th day of June, 2021.

**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, Florida 33314
Tel: (954) 889-3359

By: */s/ Joshua H. Eggnatz*
JOSHUA H. EGGNATZ, ESQUIRE
MICHAEL PASCUCCI, ESQUIRE
jeggnatz@justiceearned.com
mpascucci@justiceearned.com


**JORDAN RICHARDS, PLLC**
805 East Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
Tel: (954) 871-0050

By: */s/ Jordan Richards*
JORDAN RICHARDS, ESQUIRE
Florida Bar No. 108372
Jordan@jordanrichardspllc.com
Melissa@jordanrichardspllc.com
Jake@jordanrichardspllc.com

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717

By: */s/ Stephanie Peral*
**Stephanie Peral, Esquire**
Florida Bar No. 119324
Email:  perals@gtlaw.com;
collazoe@gtlaw.com
FLService@gtlaw.com

--and--

**GREENBERG TRAURIG, P.A.**
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Telephone: 954-765-0500
Telefax: 954-765-1477
**John L. McManus, Esquire**
Florida Bar No. 0119423
Email:  mcmanusj@gtlaw.com
          yeargina@gtlaw.com
          FLService@gtlaw.com

*Attorneys for Defendant AMERICAN FINANCIAL SECURITY LIFE INSURANCE CO.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was filed via CM/ECF on this 17th day of June, 2021.

By: */s/ Joshua H. Eggnatz*