UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81710-CIV-CANNON

**JASON CANO**,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

**AMERICAN FINANCIAL SECURITY
LIFE INSURANCE COMPANY,**
a Missouri Corporation,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement [ECF No. 31], filed on June 17, 2021. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal within sixty **(60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Fort Pierce, Florida this 21st day of June 2021.

                                                   AILEEN M. CANNON
                                                 UNITED STATES DISTRICT JUDGE

cc:    counsel of record