UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 20-81710-CIV-CANNON

**JASON CANO**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**AMERICAN FINANCIAL SECURITY LIFE INSURANCE COMPANY,** a Missouri Corporation,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice [ECF No. 33]. Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **CLOSED**, effective August 20, 2021, the date the parties filed their Joint Stipulation for Voluntary Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All deadlines are **TERMINATED**.

3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees or as otherwise agreed to by the parties.

**DONE AND ORDERED** in Fort Pierce, Florida this 20th day of August 2021.

                                                            **AILEEN M. CANNON**
                                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record